**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 26, 2016.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-16-00531-CV**

---

**IN RE STUART ANDREW ZENNER AND SHARON ANN ZENNER,**
**Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 3**
**Harris County, Texas**
**Trial Court Cause No. 436017**

---

## MEMORANDUM OPINION

On July 6, 2016, relators Stuart Andrew Zenner and Sharon Ann Zenner filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relators ask this

court to compel the Honorable Rory Olsen, presiding judge of Probate Court No. 3 of Harris County, to vacate his June 28, 2016 order on DNA testing and set a new hearing on the matter.

Relators have not established that they are entitled mandamus relief. Accordingly, we deny relators' petition for writ of mandamus. We further deny relators' motion for temporary relief.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Wise.

2